UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In:                                          )
                                             )
Evette Nicole Reed,                          )
                                             )
     Debtor.                                 )   Case No.: 14-4418
                                             )   Chapter 7
                                             )

### AFFIDAVIT OF ROSS H. BRIGGS

COMES NOW Ross H. Briggs, being duly sworn and upon his oath, states:

1. By letter dated, June 30, 2014, by United States First Class mail, I notified Debtor that the Honorable Charles E. Rendlen III had directed me to advise Debtor of the following regarding Debtor's original attorney, James Robinson:

   a. That he has been suspended for one year from practicing before the Bankruptcy Court;

   b. That, due to Mr. Robinson's suspension, he will not be attorney of record for Debtor in this case and will not be representing Debtor as co-counsel or joint counsel; and, that I (Ross H. Briggs) will be Debtor's sole attorney of record.

   c. That during the course of representing Debtor, I will not use any services of Critique Services L.L.C. (the artificial entity that Mr. Robinson has represented in the case in re Steward, to be his d/b/a/ and is the "firm" with which Mr. Robinson is associated).

   d. That my services will be rendered to Debtor entirely free of charge.

    e.    That I will not be entitled to share in any of the fees that Debtor paid to Mr. Robinson or Critique Services, L.L.C.

2. With the letter, I enclosed a complete, legible copy of the Court's Order in the case, *In re: Tamika Ecole Henry*, Case No. 14-44922-705.

FURTHER AFFIANT SAYETH NOT:

_____
Ross H. Briggs

[Notary seal: BRITTANY JACKSON, Notary Public-Notary Seal, State of Missouri, St Louis County, Commission # 14498520, My Commission Expires Mar 9, 2018]

Subscribed and sworn to before me this 3 day of July, 2014.

_____
Notary Public

My Commission Expires: March 9, 20 14.