# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In re:** | § | |
| **Evette Nicole Reed,** | § | Case No. 14-44818-705 |
| Debtor. | § | |
| **In re:** | § | |
| **Pauline A. Brady,** | § | Case No. 14-44909-705 |
| Debtor. | § | |
| **In re:** | § | |
| **Lawanda Lanae Long,** | § | Case No. 14-45773-705 |
| Debtor. | § | |
| **In re:** | § | |
| **Marshall Beard,** | § | Case No. 14-43751-705 |
| Debtor. | § | |
| **In re:** | § | |
| **Darrell Moore,** | § | Case No. 14-44434-705 |
| Debtor. | § | |
| **In re:** | § | |
| **Nina Lynne Logan,** | § | Case No. 14-44329-705 |
| Debtor. | § | |
| **In re:** | § | |
| **Jovon Neosha Stewart,** | § | Case No. 14-43912-705 |
| Debtor. | § | |
| **In re:** | § | |
| **Angelique Renee Shields,** | § | Case No. 14-43914-705 |
| Debtor. | § | |

1

## ORDER DENYING (SECOND) MOTION TO DISMISS

On January 12, 2015, Mr. James Robinson, a suspended attorney and a respondent to the Chapter 7 Trustees' motion to compel turnover, and the respondent to the Court's Show Cause Orders, filed a (second) Motion to Dismiss for Lack of Subject Matter Jurisdiction. The Second Motion to Dismiss is hereby **DENIED**. The alleged fact that Mr. Robinson has finally returned to the Debtors the fees he collected from them does not deprive this Court of subject matter jurisdiction over the issue of whether Mr. Robinson should be sanctioned for failing to timely return those fees. It also does not deprive the Court of subject matter jurisdiction over the issues raised in the Motion to Compel Turnover. The chapter 7 trustees remain obligation to respond to the Court's inquiries as set forth in the Show Cause Orders. The hearing set for tomorrow on the Motion to Compel Turnover will proceed as scheduled.

CHARLES E. RENDLEN, III
U. S. Bankruptcy Judge

DATED: January 12, 2015
St. Louis, Missouri
ska

2