

**Ross H. Briggs**                                              *Attorney at Law*

4144 Lindell Blvd. # 202
St. Louis, MO 63108
(Ph.) 314-652-8922
(Fax ) 314-652-8202

1/24/15

James Robinson
3919 Washington
St louis MO 63108

Critique Services, LLC
c/o Lawrence Mass, Esq
230 S. Bemiston, suite 1200
Clayton MO 63105

RE: In re Evette Redd, Case Number 14-44818
    In Re Pauline Brady, Case Number 14-44909
    In Re Lawanda long, Case Number 14-45773
    In re Marshall Beard, Case Number 14-43751
    In re Jovon Stewart, Case Number 14-43912
    In re Angelique Shields, Case number, 14-43914

Dear Gentlemen:

   In compliance with the Order Granting Motion To Compel Turnover, dated January 24, 2015, and on behalf of the above referenced Debtors, I hereby request that you produce all documents encompassed within the above Order to the Trustees by January 30, 2015 at 12:00PM (Central) as required by the Order of the Court. .

   If you have any questions, I may be reached at 314-852-8293.

Sincerely,

Ross H. Briggs
Attorney for above Debtors