# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| Evette Nicole Reed, | ) | Case No. 14-44818-705 |
| Debtor. | ) | |
| In re: | ) | |
| Pauline A. Brady, | ) | Case No. 14-44909-705 |
| Debtor | ) | |
| In re: | ) | |
| Lawanda Lanae Long, | ) | Case No. 14-45773-705 |
| Debtor | ) | |
| In re: | ) | |
| Marshall Beard, | ) | Case No. 14-43751-705 |
| Debtor | ) | |
| In re: | ) | |
| Darrell Moore, | ) | Case No. 14-44434-705 |
| Debtor | ) | |
| In re: | ) | |
| Nina Lynne Logan, | ) | Case No. 14-44329-705 |
| Debtor | ) | |
| In re: | ) | |
| Jovon Neosha Stewart, | ) | Case No. 14-43912-705 |
| Debtor | ) | |
| In re: | ) | |
| Angelique Renee Shields, | ) | Case No. 14-43914-705 |
| Debtor | ) | |

## CRITIQUE SERVICES, LLC'S RESPONSE TO
## THE TURNOVER DIRECTIVE DATED JANUARY 23, 2015

Critique Services, LLC responds to the Turnover Directive issued by the Bankruptcy Court on January 23, 2015 as follows:

1.  Critique Services, LLC has no documents that contain or set forth any fee arrangement or terms of representation with any of the debtors named in the caption of these proceedings with any attorney ("above-named debtors").

2.  Critique Services, LLC has no checks, money orders, receipts, receipt books, ledgers, bank statements or other documents which reflect the payment of any fees or other expenses by or on behalf of the above-named debtors and has no accounts into which any such funds were deposited.

3.  Critique Services, LLC has no checks, receipts, ledgers, check registers, journals, adjustments, account settlements or other documents reflecting any disbursement, credit or debit adjustment attributable to any portion of any fee by or on behalf of any above-named debtors or in conjunction with or with Mr. Robinson, Mr. Briggs, or any business entity.  Critique Services, LLC has no records that show any transfer of any funds from any person or entity's trust account to any operating account that reflect any payments by any of the above-named debtors.

4.  Critique Services, LLC has no checks, receipts, bank statements, ledgers, or other documents that reflect any refund or accounting or distribution made or given to any above-named debtors with regard to any fee or expense paid by any above-named debtor or on any above-named debtors's behalf.

5.  Critique Services, LLC has only one contract that reflects or identifies an arrangement between it and Mr. Robinson from the date of the first payment of a fee by any of

the above-named debtors to the present. It has no such agreement or contract with Mr. Briggs. Unrelated to any matter pertaining to the above-captioned causes to disgorge fees with regard to the above-named eight debtors, in recent months Critique Services, LLC has entered into agreements with attorneys Dean Meriwether and Dedra Brock-Moore. Critique Services, LLC is not producing these agreements. It objects to producing these contracts as not having any reasonable relationship to the proceedings to disgorge fees concerning the eight above-named debtors and as not being calculated to produce any information that may be pertinent to the Motions to Disgorge fees for any of these above-named debtors. Critique Services, LLC has sent a copy of the one contract it has to Trustee Sosne.

      6.      See answer to No. 5 above. The contract(s) referred to therein contain provisions for use of the name "Critique Services."

Respectfully submitted,

/s/ Laurence D. Mass
Laurence D. Mass    #30977
Attorney for Critique Services, LLC
230 So. Bemiston Ave., Suite 1200
Clayton, Missouri 63105
Telephone: (314) 862-3333 ext. 20
Facsimile: (314) 862-0605
Email: laurencedmass@att.net

**CERTIFICATE OF SERVICE**

      By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

By: /s/ Laurence D. Mass