IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-44818-705 |
| | ) | Judge Charles E. Rendlen, III |
| EVETTE NICOLE REED, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## CHAPTER 7 TRUSTEE SETH A. ALBIN RESPONSE TO THE COURT'S ORDER DIRECTING THE CHAPTER 7 TRUSTEES TO FILE FORTHWITH COPIES OF ALL AFFIDAVITS PROVIDED BY ATTORNEY ROSS BRIGGS

Chapter 7 Trustee Seth A. Albin ("Trustee Albin") files this his Response to the Court's Order Directing the Chapter 7 Trustees to File Forthwith Copies of All Affidavits Provided by Attorney Ross Briggs:

1. Trustee Albin is the Chapter 7 Trustee for Debtor Evette Nicole Reed, Case No. 14-44818-705.

2. The Supplemental Affidavit of Ross H. Briggs in Compliance with Order on Motion to Compel ("Supplemental Briggs Affidavit") filed on January 30, 2015 is Docket No. 59 in the case of Debtor Evette Reed.

3. Attached are Exhibit 1, the Affidavit of Debtor Evette Reed, Exhibit 2, the Retainer Agreement dated February 10, 2014, and Exhibit 3, the Receipt dated February 10, 2014.

Respectfully submitted,
ALBIN LAW

By:   /s/   Seth A. Albin
Seth A. Albin, #46483 MO
Chapter 7 Trustee
Albin Law
7710 Carondelet Avenue, Suite 405
Clayton, MO 63105
(314) 721-8844 / (314) 721-8855 fax
albintrustee@albinlawstl.com

## **CERTIFICATE OF SERVICES**

      I hereby certify that a true and correct copy of the foregoing was sent via first class, United States mail, postage prepaid and/or electronic notice on March 31, 2015 to the following:

Office of the United States Trustee
Thomas F. Eagleton Courthouse
111 South Tenth Street, Suite 6353
St. Louis, MO 63102

Evette Nicole Reed
2816 Burd Avenue
St. Louis, MO 63120

Ross H. Briggs
P.O. Box 58628
St. Louis, MO 63158

                                              /s/ Ellen M. Gillen