# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | |
| Evette Nicole Reed, | § | Case No. 14-44818-705 |
| Debtor. | § | |
| In re: | § | |
| Pauline A. Brady, | § | Case No. 14-44909-705 |
| Debtor. | § | |
| In re: | § | |
| Lawanda Lanae Long, | § | Case No. 14-45773-705 |
| Debtor. | § | |
| In re: | § | |
| Marshall Beard, | § | Case No. 14-43751-705 |
| Debtor. | § | |
| In re: | § | |
| Darrell Moore, | § | Case No. 14-44434-705 |
| Debtor. | § | |
| In re: | § | |
| Nina Lynne Logan, | § | Case No. 14-44329-705 |
| Debtor. | § | |
| In re: | § | |
| Jovon Neosha Stewart, | § | Case No. 14-43912-705 |
| Debtor. | § | |
| In re: | § | |
| Angelique Renee Shields, | § | Case No. 14-43914-705 |
| Debtor. | § | |

## NOTICE AND DEADLINES

On December 12, 2014, the chapter 7 trustees (the "Trustees") in the above-referenced cases (the "Cases") filed a Motion to Compel Turnover seeking turnover of documents and information necessary for the Trustees to comply with the Court's directive that they account for property of the estate in the form of unearned attorney's fees that were collected by the Debtors' now-suspended former counsel, James C. Robinson.  On January 13, 2015, the Court held a hearing on the Motion to Compel Turnover. Thereafter, on January 23, 2015, the Court entered an Order Compelling Turnover [Docket No. 52], compelling Robinson, attorney Ross Briggs, and Robinson's affiliated "firm," Critique Services L.L.C. (the "Respondents") to turn over the documents and information.

On February 4, 2015, the Court held a status conference regarding the compliance of the Respondents with the Order Compelling Turnover.  At the status conference, it was established that the Respondents failed to comply with the Order Compelling Turnover.  The excuses offered by the Respondents were not credible and the arguments offered by the Respondents were not persuasive. The Court does not believe the claims by the Respondents that they do not have or cannot obtain the documents and information subject to turnover.

Five months have passed since that status conference, during which time the Respondents have remained obligated to comply with the Order Compelling Turnover. The time has now come for the issues raised in the Show Cause Orders to be determined and for any noncompliance with the Order Compelling Turnover to be addressed.  Accordingly, the Court gives **NOTICE** that it is considering the imposition of monetary and/or nonmonetary sanctions or the taking of any other appropriate action for non-compliance.  The Respondents have seven (7) days from entry of this Order to comply with the Order Compelling Turnover.  Each of the Respondents also may file, within seven (7) days of entry of this Order a brief, addressing why sanctions or other actions should not be imposed.

The Court **DIRECTS** each of the Trustees to file, within ten (10) days of entry of this Order, an affidavit attesting to: (i) whether any turnover has occurred

2

since the February 4, 2015 hearing and, if so, the nature and scope of such turnover, and (ii) whether he or she has become aware of any additional facts that bear on the issue of compliance with the Order Compelling Discovery or the representations made at the January 13 or February 4 hearings. Any such affidavit may be filed jointly, if the Trustees so wish.

DATED: July 6, 2015  
St. Louis, Missouri 63102  
mtc

CHARLES E. RENDLEN, III  
U.S. Bankruptcy Judge

**COPY MAILED TO:**

**Ross H. Briggs**
Post Office Box 58628
St. Louis, MO 63158

**James Clifton Robinson**
Critique Services
3919 Washington Blvd.
St. Louis, MO 63108

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Robert J. Blackwell**
Blackwell and Associates (trustee)
P.O. Box 310
O'Fallon, MO 63366-0310

**David A. Sosne**
Summers Compton Wells LLC
8909 Ladue Rd.
St. Louis, MO 63124

3

**Tom K. O'Loughlin**
O'Loughlin, O'Loughlin et al.
1736 N. Kingshighway
Cape Girardeau, MO 63701

**Kristin J Conwell**
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156

**Seth A Albin**
Albin Law
7710 Carondelet Avenue
Suite 405
St. Louis, MO 63105

**E. Rebecca Case**
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105

**Beverly Holmes Diltz  And Critique Services L.L.C**
Through their counsel, Laurence Mass
230 S Bemiston Ave
Suite 1200
Clayton, MO 63105