# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | |
| Evette Nicole Reed, | § | Case No. 14-44818-705 |
| Debtor. | § | |
| In re: | § | |
| Pauline A. Brady, | § | Case No. 14-44909-705 |
| Debtor. | § | |
| In re: | § | |
| Lawanda Lanae Long, | § | Case No. 14-45773-705 |
| Debtor. | § | |
| In re: | § | |
| Marshall Beard, | § | Case No. 14-43751-705 |
| Debtor. | § | |
| In re: | § | |
| Darrell Moore, | § | Case No. 14-44434-705 |
| Debtor. | § | |
| In re: | § | |
| Nina Lynne Logan, | § | Case No. 14-44329-705 |
| Debtor. | § | |
| In re: | § | |
| Jovon Neosha Stewart, | § | Case No. 14-43912-705 |
| Debtor. | § | |
| In re: | § | |
| Angelique Renee Shields, | § | Case No. 14-43914-705 |
| Debtor. | § | |

1

**ORDER DENYING REQUEST TO SET ASIDE
AND
REFERRING THE RESPONSE TO THE MISSOURI SUPREME COURT'S
OFFICE OF CHIEF DISCIPLINARY COUNSEL FOR THE MAKING OF
FALSE SIGNATURES ON A PLEADING**

On February 4, 2015, the Court held a status conference to address whether attorney Ross H. Briggs, suspended attorney James C. Robinson, and Robinson's "firm," Critique Services L.L.C. (collectively, the "Respondents"), had complied with the January 23, 2015 Order Compelling Turnover. Robinson was given notice of the proceeding, but did not attend. At the status conference, it was established that the Respondents had failed, without excuse, to comply with the Order Compelling Turnover. The Court then waited several months, to see if the Respondents might decide to comply thereafter. They chose not to do so. Accordingly, on July 6, 2015, the Court entered an Order of Notice and Deadline, giving notice to the Respondents that the Court was considering imposing sanctions or directing other relief, in light of their failure to comply with the Order Compelling Turnover. The Court also gave the Respondents seven (7) additional days by which they could comply with the Order Compelling Turnover or file a response as to why the imposition of sanctions or the direction of other relief was not proper. On July 13, 2015, Robinson filed a document captioned: "Response and Moves [sic] to Set Aside Notice and Deadline Order" (the "Response").

The Response asserts no basis for "setting aside" the Order of Notice and Deadline. For the most part, the Response is a rambling conglomeration of misstatements of law and fact. Robinson mischaracterizes Court orders. He accuses the Court of denying him due process and the "right" to earn a living. He accuses the Court of violating the constitutional prohibitions on double jeopardy and cruel and unusual punishment. He inexplicably cites the "fruit of the poisonous tree" exclusionary doctrine of criminal evidence law. Long story short, there is nothing meritorious about the request to set aside. Accordingly, the Court **ORDERS** that the Response be **DENIED** as to the request to set aside. The Response is otherwise preserved.

In addition, the Court observes that Robinson affixed the "/s/" signatures of each one of the Trustees to the Response's Certificate of Service, giving the false impression that each Trustee had signed, or had agreed to the representations in, the Certificate of Service. There is no representation that Robinson had authority to sign the Certificate of Service on behalf of the Trustees. ***Whether these signatures were affixed due to Robinson's inattention, incompetence, or intent to mislead, the making a false signature representation on behalf of another person in a court pleading is a serious matter.*** Given Robinson's long record, in these Cases and in others, of making false representations, the Court will refer the Response to the Missouri Supreme Court's Office of Chief Disciplinary Counsel (the "OCDC") for the making of false signature representations. This referral will supplement the referral already made by this Court to the OCDC regarding Robinson, for his actions in the *In re Latoya Steward* matter.

DATED:  July 13, 2015
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

**COPY MAILED TO:**

**Ross H. Briggs**
Post Office Box 58628
St. Louis, MO 63158

**James Clifton Robinson**
Critique Services
3919 Washington Blvd.
St. Louis, MO 63108

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

3

**Robert J. Blackwell**
Blackwell and Associates (trustee)
P.O. Box 310
O'Fallon, MO 63366-0310

**David A. Sosne**
Summers Compton Wells LLC
8909 Ladue Rd.
St. Louis, MO 63124

**Tom K. O'Loughlin**
O'Loughlin, O'Loughlin et al.
1736 N. Kingshighway
Cape Girardeau, MO 63701

**Kristin J Conwell**
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156

**Seth A Albin**
Albin Law
7710 Carondelet Avenue
Suite 405
St. Louis, MO 63105

**E. Rebecca Case**
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105

**Laurence Mass**
230 S Bemiston Ave Suite
1200 Clayton, MO 63105