IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  ) Judge Charles E. Rendlen, III
    EVETTE NICOLE REED, ET AL ) Chapter 7
          Debtor. ) Main Cause # 14-45773
           ) Case No. 14-44818-705

## RESPONDENT'S RESPONSE TO ORDER DENYING REQUEST TO SET ASIDE
### AND
### REFERRING THE RESPONSE TO THE MISSOURI SUPREME COURT'S OFFICE OF CHIEF DISCIPLINARY COUNSEL FOR THE MAKING OF FALSE SIGNATURES ON A PLEADING

**Comes now,** Attorney James C. Robinson, hereby responds to "Order Denying Request To Set Aside And Referring The Response To The Missouri Supreme Court's Office Of Chief Disciplinary Counsel For The Making Of False Signatures On A Pleading" as follows:

1. Respondent had no intention to mislead the Court or the Trustees by the making of a false signature representation on behalf of another in a Court pleading.
2. In error, to properly notice all parties that during the copy and paste, the s/signature lines were not deleted.

Respectfully submitted,

/S/ *James C. Robinson*
James C. Robinson #30969
Attorney at Law
3919 Washington Ave.
St. Louis Mo. 63108
Cell # (314) 922-7451
Office (314) 533-4357
Fax (314) 533-4356

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via first class, United States mail, postage paid and/or electronic notice on this _14th_ day of July, 2015 to:

STEWART, MITTLEMAN, HEGGIE & HENRY
Seth A. Albin – EDMO #46483MO
222 South Central Avenue, Suite 501
St. Louis, Missouri 63105
Phone: (314) 863-8484
Fax: (314) 863-5312
E-mail: albintrustee@smhhlaw.com
*Chapter 7 Trustee for Debtor Evette Nicole Reed*

STONE, LEYTON & GERSHMAN
A Professional Corporation
E. Rebecca Case – EDMO #38010MO
7733 Forsyth Boulevard, Suite 500
St. Louis, Missouri 63105
Phone: (314) 721-7011
Fax: (314) 721-8660
chapter7trustee@stoneleyton.com
*Chapter 7 Trustee for Debtor Pauline A. Brady*

SUMMERS COMPTON WELLS LLC
David A. Sosne – EDMO #28365MO
8909 Ladue Road
St. Louis, Missouri 63124
Phone: (314) 991-4999
Fax: (314) 991-2413
E-mail: dsosne@scwh.com
*Chapter 7 Trustee for Debtors Lawanda Lanae Long, Jovon Neosha Stewart, and Angelique Renee Shields*

BLACKWELL AND ASSOCIATES
Robert J. Blackwell – EDMO #23179MO
P.O. Box 310
O'Fallon, Missouri 63366-0310
Phone: (636) 240-3632
Fax: (636) 240-6803
E-mail: rblackwell@blackwell-lawfirm.com
*Chapter 7 Trustee for Debtor Marshall Louis Beard*

CONWELL LAW FIRM LLC
Kristin J. Conwell – EDMO #58735MO
P.O. Box 56550
St. Louis, Missouri 63156
Phone: (314) 652-1120
Fax: (314) 802-7822
E-mail: kconwell@conwelllawfirm.com
*Chapter 7 Trustee for Debtors Darrell Moore And Jocelyn Antoinette Moore*

O'LOUGHLIN, O'LOUGHLIN et al
Tom K. O'Loughlin – EDMO #24611MO
1736 N. Kingshighway
Cape Girardeau, Missouri 63701
Phone: (573) 334-9104
Fax: (573) 344-5256
E-mail: tomo@oloughlinlawfirm.com
*Chapter 7 Trustee for Debtor Nina Lynne Logan*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via first class, United States mail, postage paid and/or electronic notice on this _14th_ day of July, 2015 to:

1. Ross H. Briggs
   Post Office Box 58628
   St. Louis, Missouri 63158

2. Critique Legal Services
   3919 Washington Boulevard
   St. Louis, Missouri 63108

3. Office of the United States Trustee
   Thomas F. Eagleton Courthouse
   111 South Tenth Street, Suite 6353
   St. Louis, Missouri 63102

4. Evette Nicole Reed                        Debtor
   2816 Burd Avenue
   St. Louis, Missouri 63120

5. Pauline A. Brady                          Debtor
   1732 Delrosa Way
   St. Louis, Missouri 63138

6. Lawanda Lanae Long                        Debtor
   2136 E. Alice, 1st Floor
   St. Louis, Missouri 63107

7. Marshall Louis Beard                      Debtor
   224 Country Shire Drive
   St. Louis, Missouri 63367

8. Darrell Moore                             Debtor
   230 N. Schlueter Avenue
   St. Louis, Missouri 63135

9. Jocelyn Antoinette Moore                  Debtor
   230 N. Schlueter Avenue
   St. Louis, Missouri 63135

10. Nina Lynne Logan                         Debtor
    308 Chalmette Drive
    Hazelwood, Missouri 63042

11. Jovon Neosha Stewart                     Debtor
    4335 Norfold
    St. Louis, Missouri 63110

12. Laurence Mass
    230 S. Bemiston Avenue, Suite 1200
    Clayton, MO 63105

_____