# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § § | |
| **Evette Nicole Reed,** | § § | Case No. 14-44818-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Pauline A. Brady,** | § § | Case No. 14-44909-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Lawanda Lanae Long,** | § § | Case No. 14-45773-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Marshall Beard,** | § § | Case No. 14-43751-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Darrell Moore,** | § § | Case No. 14-44434-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Nina Lynne Logan,** | § § | Case No. 14-44329-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Jovon Neosha Stewart,** | § § | Case No. 14-43912-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Angelique Renee Shields,** | § § | Case No. 14-43914-705 |
| Debtor. | § § | |

1

## ORDER STRIKING JULY 14, 2015 RESPONSE OF JAMES C. ROBINSON
### [DOCKET NO. 88]

On July 13, 2015, James C. Robinson filed a document [Docket No. 83[1]] in which he affixed, without any authority to do so, the signatures of the Trustees assigned to these matters, resulting in the false impression that the Trustees had signed or consented to the representations therein. Later that day, the Court entered an Order [Docket No. 84], in which it referred the document and its false representations to the Missouri Supreme Court's Office of Chief Disciplinary Counsel (the "OCDC").  As the Court noted in the Order, it made the referral based on Robinson's long history in the *In re Reed, et al.* matters and other cases of making false and misleading representations to the Court.  Robinson is not a truthful person, as he commonly makes unsubstantiated or blatantly false representations in court documents. The Court is well-within its experienced judgment to assume that Robinson's latest misrepresentation is yet-another effort to mislead.

On July 14, 2015, Robinson filed a "response" to the Order [Docket No. 88] to the Order.  The Court **ORDERS** that the "response" to the Order be **STRICKEN**.  There is no such thing as a "response" to a court order.  A court order is a disposition; it not a solicitation for responses, opinion, further thoughts, representations, or commentary. If Robinson wants to explain his false representations to the OCDC, he is certainly free to do so.

A copy of this Order will be forwarded to the OCDC.

DATED: July 14, 2015  
St. Louis, Missouri 63102  
mtc

CHARLES E. RENDLEN, III  
U.S. Bankruptcy Judge

---

[1] The Cases are not jointly administered or substantively consolidated. Unless otherwise indicated, docket entry citations in this Order are to the indicated docket number of the first-captioned Case, *In re Reed*. The Court will not indicate the docket number where said order was entered in each of the remaining seven Cases.  Unless otherwise indicated, each order was entered in each Case.

2

**COPY MAILED TO:**

**Ross H. Briggs**
Post Office Box 58628
St. Louis, MO 63158

**James Clifton Robinson**
Critique Services
3919 Washington Blvd.
St. Louis, MO 63108

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Robert J. Blackwell**
Blackwell and Associates (trustee)
P.O. Box 310
O'Fallon, MO 63366-0310

**David A. Sosne**
Summers Compton Wells LLC
8909 Ladue Rd.
St. Louis, MO 63124

**Tom K. O'Loughlin**
O'Loughlin, O'Loughlin et al.
1736 N. Kingshighway
Cape Girardeau, MO 63701

**Kristin J Conwell**
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156

**Seth A Albin**
Albin Law
7710 Carondelet Avenue
Suite 405
St. Louis, MO 63105

**E. Rebecca Case**
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105

**Laurence Mass**
230 S Bemiston Ave Suite
1200 Clayton, MO 63105

3