# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § § | |
| **Evette Nicole Reed,** | § § | Case No. 14-44818-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Pauline A. Brady,** | § § | Case No. 14-44909-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Lawanda Lanae Long,** | § § | Case No. 14-45773-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Marshall Beard,** | § § | Case No. 14-43751-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Darrell Moore,** | § § | Case No. 14-44434-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Nina Lynne Logan,** | § § | Case No. 14-44329-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Jovon Neosha Stewart,** | § § | Case No. 14-43912-705 |
| Debtor. | § § § | |
| In re: | § § | |
| **Angelique Renee Shields,** | § § | Case No. 14-43914-705 |
| Debtor. | § § | |

# ORDER STRIKING IN PART DOCUMENT CAPTIONED "CORRECTED PDF CERTIFICATE OF SERVICE TO BE ATTACHED TO DOCKET #83 AND REMOVAL OF PRIOR INCORRECT PDF FILING

On July 13, 2015, James C. Robinson, the Respondent to the Show Cause Orders entered in these Cases and an attorney who has been suspended by this Court for abuse, false statements, and contempt, filed a document [Docket No. 83] in which he made material misrepresentations by affixing the signatures of the Trustees assigned to these Cases to his Certificate of Services, which resulted in the false impression that the Trustees has consented to, or were in agreement with, the representations therein. Regardless of whether these misrepresentations were a result of Robinson's incompetence, sloppiness, or chronic dishonesty, it is not a minor matter.  False representations made to the Court, especially regarding signatures, are taken seriously.  Accordingly, the Court referred the situation to the Missouri Supreme Court's Office of Chief Disciplinary Counsel (the "OCDC").  Robinson then made several improper attempts to change the record regarding his misrepresentations [Docket Nos. 87 & 88].  Those efforts were stricken by the Court [Docket Nos. 90 & 91].

Now, on July 15, 2015, Robinson tried yet-again to "erase" the record of his material misrepresentations. This time, he filed a document captioned "Corrected PDF Certificate of Service to be Attached to Docket #83 and Removal of Prior PDF Filing" (the "Document Attempting to Change the Record") [Docket No. 92].

In his Document Attempting to Change the Record, Robinson does not merely file a corrected Certificate of Service; he appears to direct the Clerk's Office to remove his materially false Certificate of Service at Docket No. 83 and replace it with a new Certificate of Service.  However, the Clerk's Office does not modify the Court's docket pursuant to a party's "directives."  Accordingly, the Clerk's Office disregarded this "directive" of Robinson and alerted Chambers.

The Court will not allow the Clerk's Office to be a tool in Robinson's efforts to change the record and cover-up his misrepresentations.  It will not permit Robinson to "substitute" a non-false representation in replacement of the false

one. Robinson filed a false and misleading document—and it is only one of many examples of false and misleading representations that he has made to this Court. As the Court expressed in a previous order, Robinson is free to explain his actions related to the false Certificate of Service to the OCDC. However, Robinson cannot rewrite history to eliminate the making of his false representation in the Certificate of Service at Docket No. 83.

The Court **ORDERS** that the Document Attempting to Change the Record be **STRICKEN** as to its "directive" for removal of Robinson's Certificate of Service at Docket No. 83. The Document Attempting to Change the Record will stand as a document reflecting Robinson's admission that the Certificate of Service at Docket No. 83 was false, and that Robinson is now making a non-false representation as to service.

A copy of this Order will be forwarded to the OCDC.

CHARLES E. RENDLEN, III
U. S. Bankruptcy Judge

DATED: July 15, 2015
St. Louis, Missouri
ska