## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>    EVETTE NICOLE REED,<br>                Debtor. | Judge Charles E. Rendlen III<br>Chapter 7<br><br>Case No. 14-44818-705 |
| In re:<br>    PAULINE A. BRADY,<br>                Debtor. | Case No. 14-44909-705 |
| In re:<br>    LAWANDA LANAE LONG,<br>                Debtor. | Case No. 14-45773-705 |
| In re:<br>    MARSHALL LOUIS BEARD,<br>                Debtor. | Case No. 14-43751-705 |
| In re:<br>    DARRELL MOORE and<br>    JOCELYN ANTOINETTE MOORE,<br>                Debtors. | Case No. 14-44434-705 |
| In re:<br>    NINA LYNNE LOGAN,<br>                Debtor. | Case No. 14-44329-705 |
| In re:<br>    JOVON NEOSHA STEWART,<br>                Debtor. | Case No. 14-43912-705 |
| In re:<br>    ANGELIQUE RENEE SHIELDS,<br>                Debtor. | Case No. 14-43914-705 |

G:Erc/No Asset Cases / Pauline Brady / Affidavit of Ch 7 Trustee E R Case

## AFFIDAVIT OF CHAPTER 7 TRUSTEE E. REBECCA CASE

I, E. Rebecca Case being duly sworn upon oath, state the following:

1. I am over the age of eighteen and competent to make this Affidavit.

2. I am the Chapter 7 Trustee for Debtor Pauline A. Brady, Case No. 14-44909-705.

3. I am filing this Affidavit in compliance with this Court's Order entered on July 6, 2015.

4. I have received no turnover since the February 4, 2015 hearing.

5. I attended the hearing on January 13, 2015 which started at 10:00 a.m. before the Honorable Charles E. Rendlen, III.

6. Numerous representations were made on the record during the lengthy hearing in regard to Critique Services.

7. Very shortly after the hearing I received a photograph from Chapter 7 Trustee Kristin Conwell which appeared to contradict the representations made during the hearing.

8. I identified the individuals in the photograph as attorney Ross Briggs and Beverly Holmes a/k/a Beverly Holmes-Dilz.

Further Affiant sayeth not.

Respectfully submitted,
STONE, LEYTON & GERSHMAN
A PROFESSIONAL CORPORATION

/s/ E. Rebecca Case
E. Rebecca Case, EDMO #38010MO
MO Bar #38010
Stone, Leyton & Gershman
7733 Forsyth Blvd., Suite 500
St. Louis, Missouri 63105
(314) 721-7011
(314) 721-8660 (facsimile)
chapter7trustee@stoneleyton.com

STATE OF MISSOURI   )
                    )  SS
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me this 14th day of July, 2015.



KAREN M. TRINKLE
My Commission Expires
October 10, 2017
St. Louis County
Commission #13877742

Notary Public
My commission expires: 10-10-17

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via first-class, United States mail, postage prepaid and/or electronic notice on July 16, 2015 to:

1. Ross H. Briggs (by electronic notice)
   Post Office Box 58628
   St. Louis, Missouri 63158

2. Ross H. Briggs (by electronic notice)
   Attorney at Law
   4144 Lindell, Suite 202
   St. Louis, Missouri 63108

3. James Clifton Robinson (by first-class mail)
   Attorney at Law
   Critique Services
   3919 Washington Boulevard
   St. Louis, Missouri 63108

4. Critique Legal Services (by first-class mail)
   Attn: Managing Agent
   Attn: Ross H. Briggs
   Attn: James Clifton Robinson
   3919 Washington Boulevard
   St. Louis, Missouri 63108

5. Laurence D. Mass (by electronic service)   Attorney for Critique Services, LLC
   230 South Bemiston Avenue, Suite 1200
   Clayton, Missouri 63105

6. Robert J. Blackwell (by first-class mail)
   Blackwell and Associates (Trustee)
   P.O. Box 310
   O'Fallon, Missouri 63366-0310

7. David A. Sosne (by electronic service)
   Summers Compton Wells LLC
   8909 Ladue Road
   St. Louis, Missouri 63124

8. Tom K. O'Loughlin (by electronic service)
   O'Loughlin, O'Loughlin et al.
   1736 N. Kingshighway
   Cape Girardeau, Missouri 63701

9. Kristin J. Conwell (by electronic service)
   Conwell Law Firm LLC
   PO Box 56550
   St. Louis, Missouri 63156

10. Seth A. Albin (by electronic service)
    Albin Law
    7710 Carondelet Avenue, Suite 405
    St. Louis, Missouri 63105

11. Office of the United States Trustee (by electronic service)
    Thomas F. Eagleton Courthouse
    111 South Tenth Street, Suite 6353
    St. Louis, Missouri 63102

12. Pauline A. Brady (by first-class mail)        Debtor
    1732 Delrosa Way
    St. Louis, Missouri 63138

13. Evette Nicole Reed (by first-class mail)      Debtor
    2816 Burd Avenue
    St. Louis, Missouri 63120

/s/ E. Rebecca Case
E. Rebecca Case