IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: <br>    EVETTE NICOLE REED, <br>                Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Judge Charles E. Rendlen III <br> Chapter 7 <br><br> Case No. 14-44818-705 |
| In re: <br>    PAULINE A. BRADY, <br>                Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 14-44909-705 |
| In re: <br>    LAWANDA LANAE LONG, <br>                Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 14-45773-705 |
| In re: <br>    MARSHALL LOUIS BEARD, <br>                Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 14-43751-705 |
| In re: <br>    DARRELL MOORE and <br>    JOCELYN ANTOINETTE MOORE, <br>                Debtors. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 14-44434-705 |
| In re: <br>    NINA LYNNE LOGAN, <br>                Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 14-44329-705 |
| In re: <br>    JOVON NEOSHA STEWART, <br>              Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 14-43912-705 |
| In re: <br>    ANGELIQUE RENEE SHIELDS, <br>              Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 14-43914-705 |

## AFFIDAVIT OF KRISTIN J. CONWELL, CHAPTER 7 TRUSTEE

I, Kristin J. Conwell, being duly sworn upon my oath, state the following:

1. I am over the age of eighteen and competent to make this Affidavit.

2. I am the Chapter 7 Trustee for Debtors Darrell Moore and Jocelyn Antoinette Moore, Case No. 14-44434-705.

3. I am filing this Affidavit in compliance with this Court's Order entered on July 6, 2015.

4. I have received no turnover since the February 4, 2015 hearing.

5. The Court may deem the following facts relevant to the issue of compliance with the Order Compelling Discovery and the representations made at the January 13 and/or February 4 hearings.

6. On January 13, 2015 at 10:00 a.m., I attended a hearing on the Motion to Compel Turnover in Bankruptcy Courtroom 7 South before the Honorable Charles E. Rendlen, III.

7. Attorney Ross Briggs was present at the aforementioned hearing.

8. After the hearing concluded, I left the courthouse and went directly to Crazy Bowls and Wraps located at 3852 Lindell Boulevard in Saint Louis MO. The restaurant is 3.17 miles from the courthouse; which is approximately five minutes driving distance.

9. While standing in line I heard Mr. Briggs voice. I looked in the direction of the voice; and I saw Mr. Briggs sitting next to an African American woman to my right.

10. I overheard parts of their conversation the details of which follow:

    a. The woman said, "the debtors don't remember [expletive deleted]."

    b. She also said "you know how they are…the UST, Lumaghi."

    c. Attorney Briggs told the woman that "they would have to tell the truth."

    d. She responded that "I know that."

    e. The woman also stated that "we" haven't been accepting checks since 2007.

11. I left the restaurant and went directly to my office; and I immediately made notes to document the conversation I overheard.

12. I took pictures of Mr. Briggs and the woman; and I kept my receipt which is stamped with the date and time. I am filing an attachment of the pictures and receipt with this affidavit.

13. I emailed the pictures to Trustee Rebecca Case; she identified the woman as Beverly Holmes-Diltz.

Further Affiant sayeth not.

Respectfully submitted,
Conwell Law Firm, LLC

/s/ Kristin J. Conwell
Kristin J. Conwell, Chapter 7 Trustee
MO Bar #58735
Conwell Law Firm LLC
520 North Skinker Boulevard
Saint Louis, MO 63130
Phone: 314-652-1120
Email: kconwell@conwellfirm.com

STATE OF MISSOURI

City OF St Louis

Subscribed and sworn to before me this 15 day of July, 2015.

Stuart R. Berkowitz
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 14433179
My Commission Expires June 29, 2018

Notary Public

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was sent via first-class, United States mail, postage prepaid and/or electronic notice on July 16, 2015 to:

1. Ross H. Briggs (by electronic notice)
   Post Office Box 58628
   St. Louis, Missouri  63158

2. Ross H. Briggs (by electronic notice)
   Attorney at Law
   4144 Lindell, Suite 202
   St. Louis, Missouri  63108

3. James Clifton Robinson (by first-class mail)
   Attorney at Law
   Critique Services
   3919 Washington Boulevard
   St. Louis, Missouri  63108

4. Laurence D. Mass (by electronic service)
   Attorney for Critique Services, LLC, and
   Beverly Holmes Diltz
   230 South Bemiston Avenue, Suite 1200
   Clayton, Missouri  63105

5. Robert J. Blackwell  (by first-class mail)
   Blackwell and Associates (Trustee)
   P.O. Box 310
   O'Fallon, Missouri  63366-0310

6. David A. Sosne (by electronic service)
   Summers Compton Wells LLC
   8909 Ladue Road
   St. Louis, Missouri  63124

7. Tom K. O'Loughlin (by electronic service)
   O'Loughlin, O'Loughlin et al.
   1736 N. Kingshighway
   Cape Girardeau, Missouri  63701

8. Seth A. Albin (by electronic service)
   Albin Law
   7710 Carondelet Avenue, Suite 405
   St. Louis, Missouri  63105

9. Office of the United States Trustee (by electronic service)
   Thomas F. Eagleton Courthouse
   111 South Tenth Street, Suite 6353
   St. Louis, Missouri 63102

10. E. Rebecca Case
    7733 Forsyth Blvd. Suite 500
    Saint Louis, MO 63105

/s/ Kristin J. Conwell
Kristin J. Conwell