

3852 Lindell
St. Louis, MO 63108
(314) 533-9727
www.crazybowlsandwraps.com

127 Nick
-------------------------------------
Check: 1092                 Guests: 1
       01/13/2015 12:18PM
-------------------------------------
1   Buffalo Wrapper            7.75
      LIGHT Brown
      Breast
      Wheat

1   Table #                    0.00
      kristen
    Cash                       8.54

    Sub-Total                  7.75
    Tax                        0.79
    Payment                    8.54
**Change  Due**            **$0.00**

----------- Check Closed -----------
       01/13/2015 12:19:08PM